IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE WHITHAM, *Plaintiff,* v. WALMART STORES EAST, LP, et al., *Defendants.* | CIVIL ACTION NO. 21-3287 |

## ORDER

**AND NOW**, this 12th day of October 2021, upon consideration of Defendants' Motion to Dismiss (ECF No. 6), Plaintiff's Motion to Remand (ECF No. 7) and Defendants' Response to Plaintiff's Motion to Remand (ECF No. 9), it is hereby **ORDERED** that Defendants' Motion is **Granted** and Plaintiff's Motion is **Denied**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1